I'am reviewing some things in my case and I noticed that I don't have a copy of my Plea Agreement & Judgement of Commitment (J.V.C). If it's not a problem would you please send me copies of these two documents. Also could you send me Judgement of Conviction because I'm not sure about some things. Thanks!

Sincerely,
Curtis Green

Case No. 06-CR-224
Case No. 07-2A23

