IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

    v.                                    Case No. 06-CR-224-C-01

CURTIS GREEN,

        Defendant,

LEE ENTERPRISES INC.

        Garnishee Defendant.

---

### ORDER TO DISMISS GARNISHMENT

---

Upon the motion of the United States of America to dismiss the garnishment in the above-entitled matter based on the garnishee defendant no longer employing the defendant,

IT IS HEREBY ORDERED that the garnishment be dismissed and the garnishee defendant be released from any further obligation in this case.

IT IS FURTHER ORDERED that the garnishment hearing scheduled for September 13, 2019 is cancelled.

Entered this __6TH__ day of September 2019.

                                                    BY THE COURT:

                                                    _____
                                                    JAMES D. PETERSON
                                                    United States District Judge